**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

KERANOS, LLC    v.   ANALOG DEVICES, INC., et al.

No. 14-1500

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   KERANOS, LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | James C. Otteson |
| Law firm: | AGILITY IP LAW, LLP |
| Address: | 149 Commonwealth Drive, Suite 1033 |
| City, State and ZIP: | Menlo Park, CA 94025 |
| Telephone: | 650-227-4800 |
| Fax #: | 650-318-3483 |
| E-mail address: | jim@agilityiplaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Nov. 4, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 6, 2014 | /s/ James C. Otteson |
| Date | Signature of pro se or counsel |

cc: Bruce W. Slayden, II; Debra Coleman; Ruffin B. Cordell

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Jun 6, 2014  by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| James C. Otteson | /s/ James C. Otteson |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm  AGILITY IP LAW, LLP

Address  149 Commonwealth Drive, Suite 1033

City, State, ZIP  Menlo Park, CA 94025

Telephone Number  650-227-4800

FAX Number  650-318-3483

E-mail Address  jim@agilityiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.